UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHARLES E. DUKE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-1738-RLY-WTL |
| | ) | |
| ROLLS ROYCE CORPORATION; ROLLS ROYCE NORTH AMERICA, INC.; ALLISON ENGINE COMPANY, INC. d/b/a ROLLS-ROYCE ALLISON; ALLISON ENGINE COMPANY; GENERAL MOTORS CORPORATION; GENERAL MOTORS CORPORATION, ALLISON GAS TURBINE DIVISION; GENERAL MOTORS CORPORATION, DETROIT DIESEL ALLISON DIVISION; STANDARD AERO, INC.; and STANDARD AERO, LIMITED, | ) ) ) ) ) ) ) ) ) ) ) | |
|     Defendants. | ) | |

**ORDER ON STANDARD AERO'S MOTION TO STAY**

Defendants, Standard Aero, Inc., and Standard Aero, Limited ("Standard Aero"), move to stay this matter to and including September 15, 2007, to allow the Plaintiff herein, Charles E. Duke, time to amend his Complaint in litigation he has filed in the Western District of North Carolina (the "North Carolina litigation"), to add additional parties. The Allison Defendants (who include the balance of the defendants listed in the caption) have no objection to the same. Plaintiff, however, does object on grounds of prejudice. The court fails to see how a stay of such short duration is prejudicial to

1

Plaintiff's rights, particularly where, as here, an amendment to Plaintiff's Complaint in the North Carolina litigation has the potential of streamlining the issues and possibly settling the procedural motions currently pending in this case. For this reason, the court **GRANTS** Standard Aero's Motion to Stay.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Standard Aero's Motion to Stay (Docket # 93) is **GRANTED**. This matter is hereby stayed to and including September 15, 2007.

**SO ORDERED** this  6th  day of September 2007.

                                              _____
                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Electronic Copies to:

Richard E. Genter
LAW OFFICES OF RICHARD E. GENTER
richard@genterlaw.com

D. Bruce Kehoe
WILSON KEHOE & WININGHAM
kehoe@wkw.com

Nicholas Ward Levi
KIGHTLINGER & GRAY
nlevi@k-glaw.com

Lauren M. London
DYKEMA GOSSETT PLLC
llondon@dykema.com

Matthew W. Melton
NORRIS CHOPLIN & SCHROEDER LLP
mmelton@ncs-law.com

Richard L. Norris
NORRIS CHOPLIN & SCHROEDER LLP
rnorris@ncs-law.com

Emily Claire Paavola
BAKER & DANIELS
emily.paavola@bakerd.com

Brittany M. Schultz
DYKEMA GOSSETT PLLC
bschultz@dykema.com

Steven Edward Springer
KIGHTLINGER & GRAY
sspringer@k-glaw.com

Daniel J. Stephenson
DYKEMA GOSSETT PLLC
dstephenson@dykema.com

Christopher G. Stevenson
WILSON KEHOE & WININGHAM
cstevenson@wkw.com

Joseph H. Yeager, Jr.
BAKER & DANIELS
jhyeager@bakerd.com